451 F.2d 561
 Marvin McKinley MORRISON, Petitioner-Appellant,
v.
UNITED STATES of America, Respondent-Appellee.
 No. 71-2373 Summary Calendar.**
 United States Court of Appeals,
Fifth Circuit.
 Nov. 15, 1971.
Rehearing Denied Dec. 30, 1971.
 
 Marvin McKinley Morrison, pro se; Charles T. Kier, The Kansas Defender Project, Lawrence, Kan., for petitioner-appellant.
 Eldon B. Mahon, U. S. Atty., W. E. Smith, Asst. U. S. Atty., Fort Worth, Tex., for respondent-appellee.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 **
 Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966